**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL OAKS, Individually and On Behalf of All Others Similarly Situated, | ) | CIVIL ACTION NO. 1-15-cv-11318 |
| Plaintiff, | ) | Honorable Judge Ronald A. Guzman |
| vs. | ) | Honorable Magistrate Judge Michael T. Mason |
| SEARS, ROEBUCK AND CO., | ) | |
| Defendant. | ) | |

**JOINT AMENDED DISCOVERY PLAN**

Pursuant to the Court's request, the parties hereby submit this amended discovery plan providing for the completion of all discovery within twelve (12) months from the date of the status hearing to be held on March 3, 2016:

(1) Fed. R. Civ. P. 26 Disclosures by April 1, 2016.

(2) E-Discovery conference pursuant to L. Civ. R. 26.1(d) by April 1, 2016.

(3) Service of initial written discovery by April 15, 2016.

(4) Maximum of 25 Interrogatories by each party to each other party.

(5) Maximum of 10 depositions to be taken by each party.
[Note: Rule 30(b)(6) deposition counts as only one deposition regardless of number of representatives required.]

(6) Motions to amend or to add parties to be filed by July 15, 2016.

(7) Factual discovery to be completed by October 14, 2016.

(8) Plaintiff's expert reports due on November 1, 2016.

(9) Plaintiff's expert depositions to be completed by November 22, 2016.

(10) Defendant's expert reports due by December 20, 2016.

(11) Defendant's expert depositions to be completed by January 17, 2017.

(12) Deadlines for rebuttal expert reports and/or depositions (if any) to be determined.

(13) Motions for class certification and dispositive motions to be served by February 28, 2017.

For the reasons set forth herein, the parties jointly request the Court to enter an order adopting the proposed discovery schedule.

Dated: February 19, 2016

Respectfully submitted,

By: /s/ James B. Zouras

James B. Zouras
Ryan F. Stephan
Stephan Zouras, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
Facsimile: (312) 233-1560
jzouras@stephanzouras.com
rstephan@stephanzouras.com

Mark Schlachet
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

James C. Shah
Natalie Finkelman
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Raymond C. Zanney (0061510)
9425 Brookpark Road, 2nd Floor
Parma OH 44129
Phone: (216) 739-2600
Fax: (216) 661-9292
Rzesq@cs.com

Brian Ruschel
925 Euclid Avenue, Suite 660
Cleveland, OH 44115
Telephone: (216) 621-3370
Facsimile: (216) 621-3371
bruschel@aol.com

***Attorneys for Plaintiff and the Proposed Classes***

By: /s/ Meliah Bowers Jefferson

Meliah Bowers Jefferson (pro hac vice pending)
J. Theodore Gentry (pro hac vice pending)
Wyche, P.A.
44 East Camperdown Way
Greenville, SC 29601-3512
Phone: (864) 242-8233
Fax: (864) 298-3952
mjefferson@wyche.com
tgentry@wyche.com

Erik J. Ives (ARDC #6289811)
Fox, Swibel, Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606-3414
PH (312) 224-1200
FX (312) 224-1202
eives@fslc.com

***Attorneys for Defendant Sears, Roebuck and Co.***

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 19, 2016, he caused to the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Erik J. Ives