**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL OAKS, TERRY BARNETT, RALPH RAMBERG, and FRANK OPULENTE, Individually and On Behalf of All Others Similarly Situated, | ) | CIVIL ACTION NO. 1:15-cv-11318 |
| Plaintiff, | ) | **FIRST AMENDED CLASS ACTION COMPLAINT** |
| vs. | ) | JURY TRIAL DEMANDED |
| SEARS, ROEBUCK AND CO., | ) | |
| Defendant. | ) | |

Plaintiffs, Michael Oaks ("Oaks"), Terry Barnett ("Barnett"), Ralph Ramberg ("Ramberg"), Frank Opulente (collectively, "Plaintiffs"), by and through their attorneys, file this First Amended Complaint ("FAC") on behalf of themselves and all others similarly situated against Defendant, Sears, Roebuck and Co. ("Sears" or "Defendant"), and allege as follows:

## NATURE OF THE ACTION

1. Plaintiffs bring this action individually and on behalf of a proposed nationwide class ("Class"), and, in the alternative, on behalf of a class of Florida, New York, Michigan and Virginia consumers ("State Class") (collectively, "Class" or "Classes"), as more fully defined below, for the benefit and protection of all current and former owners of Sears Kenmore grills

with firebox trays made with galvanized steel, rather than aluminized steel (the "Grill(s)")[1]. As more fully alleged herein, the Grills all have a design defect that causes their firebox tray to rust and fail prematurely, resulting in a safety hazard and the consumers' inability to use the Grills as intended (the "Defective Firebox Tray(s)").

2. Plaintiffs bring this action on behalf of themselves and all other similarly situated consumers to stop the sale of the defective Grills and to obtain redress for those who have purchased the Grills. Plaintiffs allege violations of the Magnuson-Moss Warranty Act, (15 U.S.C. §§ 2301-2312 ("MMWA"); Florida Deceptive and Unfair Trade Practices Act § 501.201, *et seq.* ("FDUTPA"); Virginia Consumer Protection Act, §§ 59.1-196, *et seq.* ("VCPA"); Michigan Consumer Protection Act, MCL §§ 445.901, *et seq*. ("MCPA"); and New York Deceptive Practices Act, N.Y. Gen. Bus. Law § 349, *et seq.* ("NYDPA"); and allege breach of express warranty, breach of implied warranty of merchantability, and unjust enrichment.

3. At all relevant times, Sears has manufactured and sold the Grills fitted with Defective Firebox Trays made out of galvanized steel instead of aluminized or other less-corrosive steel, which causes the firebox tray on the Grills to routinely rust and fail prematurely, resulting in a fire hazard and preventing consumers, including Plaintiffs and the Class, from using their Grills. This Defective Firebox Tray presents a serious safety issue for users of the Grills, as the firebox tray disintegrates, exposing the Grills' propane tanks to the open flames in the grill area.

4. The defect in the Defective Firebox Tray is substantially certain to manifest during the useful life of the Grills and occurs in the course of normal use and operation of the

---

[1] Based upon Plaintiffs' counsel's investigation to date, the Grills include model numbers 137.23671310, 146.16132110, 146.16133110, 146.16197210, 146.23673310, 146.23676310, 146.23681310, 148.16136110, 148.1615410, 148.1615421, 148.16154210, 148.16154211, 148.16656011, 148.23682310, 148.23683310, 415.16151110. Plaintiffs expressly reserve the right to amend the model numbers included as warranted by discovery.

Grills.

5. In or about November 2014, Sears issued a statement regarding the defective grills, stating:

> We are aware that a limited number of Kenmore grills have firebox trays that are rusting prematurely. Most importantly, we are taking care of these customers at no cost. Customers who are experiencing this issue with their Kenmore grill should call 1-800-4-MYHOME / (800) 469-4663 to request a complete firebox tray replacement. Both the firebox tray kit and installation will be provided at no charge to the customer. In addition, to address this issue, the Kenmore brand is improving the materials that comprise the firebox tray - so it will be manufactured from aluminized steel (rather than galvanized steel) for longer life.

Sears later clarified that it would only (allegedly) be fixing grills with the following abbreviated model numbers: 16154, 23683, 34176, 34178 and 34308.[2]

6. In fact, Sears has failed to properly implement any recall or customer reimbursement program related to any of the Grills. There are no signs of a recall on the Sears or Kenmore websites, nor on the United States Consumer Product Safety Commission ("CPSC") website. Nor has Defendant properly defined the scope of the models implicated. Rather than focusing on the Grills manufactured with substandard material, Defendant has, instead, only issued its so-called recall "based on customer and member feedback via online reviews." Further, Sears has failed to carry out the limited program it purported to implement, denying repair or reimbursement to many owners of Grills allegedly covered by the program including, as discussed below, Plaintiffs Oaks and Ramberg.

7. The Defective Firebox Trays cause a serious safety risk. The following description found on the CPSC website, which demonstrates Sears' longstanding, actual knowledge of the Defective Firebox Trays, concisely summarizes the safety risk caused by the Grills:

> I own a Kenmore Stainless Steel gas barbeque model #148.23683310. I

[2] Abbreviated model numbers include the first five numbers following the decimal point within the full model number, e.g. 148.23683310 is abbreviated to 23683.

> purchased it two years ago. Last night while cooking for my family the floor of the fire box collapsed. The smoldering hot metal showered onto the propane tank and hoses below. This could have been a life threatening situation for all of us. I shut off the burners. I could not shut off the propane tank valve because it was covered in shards of smoldering hot rusty sheet metal. I had to anxiously wait far away for it to cool so I could shut the valve. I cannot fathom why a grill would be designed so poorly. The metal between the actual flames and the fuel source is paper thing steel that rusts away in less than two years creating a potentially grave situation!!
>
> My attempts to resolve this issue with Sears have been less than satisfactory. I am one of thousands of consumers experiencing this based on my own internet research. There needs to be a product-wide recall on these life threatening appliances.

Available at http://www.saferproducts.gov/ViewIncident/1474222 (Last visited February 9, 2016). The CPSC website includes a stock response from Defendant indicating that:

> Sears Holdings takes product safety issues very seriously. We investigate each CPSC database incident report. We encourage our customers to provide additional information about incidents to our Customer Care Network, by calling 800-549-4505.

Available at http://www.saferproducts.gov/ViewIncident/1474222 (Last visited February 9, 2016). Despite this canned statement that pays lip service to product safety, Defendant has failed to issue a recall and take responsibility for its dangerous, defective Grills.

8. Sears has been on notice of the Defective Firebox Tray and resulting safety hazard of the Grills since they were first brought to market, or very shortly thereafter, and has done little, if anything, to ameliorate the problem. Instead, Sears has continued to realize significant profits from the repairs that have been required to address the defect, which Sears has refused to pay for. Sears has not publicized the defect, including to its customers, and has not recalled the Grills.

9. Sears knew or should have known that the Grills are defective, not fit for their intended purpose, and unsafe when used as intended. Nevertheless, Sears has actively concealed and failed to disclose the Defective Firebox Tray to Plaintiffs and Class members, both before

and after purchase.

10. Notwithstanding Sears' knowledge of the Defective Firebox Tray in the Grills, it has routinely refused to repair the Grills without charge when the defect manifests, requiring owners of the Grills to spend in the range of $300 per repair.

11. Many owners of the Grills have requested that Defendant or its agents remedy or address the Defective Firebox Tray; however, Defendant has failed and refused to do so. Despite notice of the Defective Firebox Tray from consumers, and being aware that similar models are having the same problems for which Sears is offering a new firebox tray replacement free of charge, Sears has not offered to repair the Grills or offered reimbursement to consumers who have paid for repairs to or replacement of their Grills' Defective Firebox Trays.

12. As a result of the Defective Firebox Tray, Plaintiffs and Class members have incurred monetary costs to repair their Grills or buy alternate grills. Plaintiffs and Class members have suffered injury in fact, incurred damages, and otherwise been harmed by Sears' conduct.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(d)(2) because the matter in controversy is more than $5 million, exclusive of interest and costs, each of the proposed classes has at least 100 class members and this is a class action in which certain of the Class members (including Plaintiff) and Defendant are citizens of different states.

14. Venue is proper in this judicial district under 28 U.S.C. § 1391 because Defendant does business throughout this district and a substantial part of the acts and omissions giving rise to Plaintiff's claims occurred in or emanated from this district. Sears also has its principal place of business in this district.

15. At all pertinent times, Defendant was engaged in the sale of products, including the Grills, throughout the United States.

16. At all pertinent times, Sears was in the business of distributing, advertising, marketing, promoting and selling products, including the Grills.

17. The Grills that form the basis of this Complaint were purchased from Defendant and/or placed in the stream of commerce by Defendant.

## PARTIES

18. Plaintiff Oaks is, and at all times relevant to this action has been, a resident of Purcellville, Loudon County, Virginia, and, thus, is a citizen of Virginia.

19. Plaintiff Barnett is, and at all times relevant to this action has been, a resident of Englewood, Florida, and, thus, is a citizen of Florida.

20. Plaintiff Ramberg is, and at all times relevant to this action has been, a resident of Flint, Michigan, and thus, is a citizen of Michigan.

21. Plaintiff Opulente is, and at all times relevant to this action has been, a resident of Staten Island, New York, and, thus, is a citizen of New York.

22. Sears is a New York corporation that maintains its principal place of business at 3333 Beverly Road, Hoffman Estates, Illinois 60179. At all times relevant and pertinent to this action, Sears has been a citizen of the State of Illinois. Sears markets and sells Kenmore brand products, including the Grills, throughout the United States, including in this judicial district, and by and through its own stores, as well as at Kmart and other retail outlets.

## SUBSTANTIVE ALLEGATIONS

23. This is an action brought against Sears on behalf of Plaintiffs and all persons who purchased, not for resale, a Grill in the United States, and, in the alternative, in Florida, New York, Michigan or Virginia.

24. Sears holds itself out to the public as a leading broadline retailer providing merchandise,including the Grills, and related services. Sears is in the business of distributing

and/or selling Kenmore brand grills and other household appliances through more than 2,400 Sears-branded and affiliated stores in the United States and Canada.

25. Sears has sold and/or distributed the Grills for its retailers throughout the United States.

26. In the Grill's Use and Care Guide, Sears claims that the Grills are "safety certified for use," indicating that the Grills have been assessed for safety and the Grills are safe to use.

27. This safety claim, which appears in substantially similar form in the Use and Care Guide for all of the Grills, is misleading, because, clearly the Grills are not safe. The Defective Firebox Tray exposes the propane tank to flames, grease, and other highly-flammable debris, causing an unreasonable fire safety hazard.

28. Moreover, Sears makes a one-year full warranty from the date of purchase in which Sears would arrange for "free repair (or replacement if repair proves impossible)," "[i]f the grill fails due to a defect in material or workmanship."

29. Sears also makes a five-year limited warranty on any burner, which states as follows:

> For five years from the date of purchase, any burner that rusts through will be replaced free of charge. After the first year from the date of purchase, you pay for labor if you wish to have it installed.
>
> All warranty coverage excludes ignitor batteries and grill part paint loss, discoloration or rusting, which are either expendable parts that can wear out from normal use within the warranty period, or are conditions that can be the result of normal use, accident or improper maintenance.

30. The warranty, which is in similar form for all of the Grills, is false and misleading because Sears has refused to repair the Grills as promised.

**A. <u>Defective and Hazardous Grills</u>**

31. The Grills each have firebox tray, which is intended to separate the flame, grease, and other debris in the firebox tray from the propane tank which rests underneath the tray.

27. However, since the Defective Firebox Trays are made out of galvanized steel rather than aluminized or other less-corrosive steel (which causes the firebox tray on the Grills to routinely rust and fail early), the propane tank area becomes exposed to flames, grease, and other debris from the grill surface, which results in an extremely hazardous situation.

28. No reasonable consumer expects the firebox tray on his or her Grill to fail within the normal useful life of the Grill.

29. As a result of the Defective Firebox Tray, the Grills become unusable for their intended purpose – safely grilling food.

30. When the defect manifests, consumers are forced to incur significant expenses, often in excess of $300 per tray, to replace the Defective Firebox Tray.

**B. <u>Plaintiffs' Experiences With Their Grills</u>**

31. On or about May 2013, Plaintiff Oaks purchased a new Grill, model number 148.23683310, from Sears Dulles Town Center in Dulles, Virginia, for $429.00.

32. At all pertinent times, Plaintiff Oaks used and maintained the Grill as instructed by Sears' Use and Care Guide. Although Oaks used and maintained the Grill as instructed by Sears, the defect in the Defective Firebox Tray manifested itself irrespective of Plaintiff's proper use and maintenance habits. Indeed, the defect is such that the firebox tray is substantially likely to fail during the useful life of the Grill, thereby resulting in consumers facing a very serious safety hazard, which is what happened with Oaks' grill.

33. In April 2015, Plaintiff Oaks noticed for the first time that the firebox tray of his Grill had completely rusted out and, as a result, the propane gas tank that sits underneath the Defective Firebox Tray became completely exposed to the flames, grease, and other flammable debris from the grill surface. Even if not initially noticed by Oaks, the inferior material of the firebox necessarily caused the product to begin deteriorating and failing within the first year of ownership in order for such extensive damage to be present within two years of purchase.

34. Plaintiff Oaks contacted Sears in May 2015 to have the Defective Firebox Tray replaced and, despite multiple requests, Sears refused to do so. Because the Grill had become too dangerous to use, Oaks purchased a new (and different) grill from Home Depot.

35. Plaintiff Barnett purchased Kenmore Grill Model No. 148.23682310 on January 8, 2014 from the Town Center Mall, Sears, located in Port Charlotte, Florida. The picture below depicts the external condition of Barnett's Grill to this day:



36. At all pertinent times, Plaintiff Barnett used and maintained the Grill as instructed by Sears' Use and Care Guide. Although Barnett used and maintained the Grill as instructed by Sears, the defect in the Defective Firebox Tray manifested itself irrespective of his proper use and maintenance habits. After less than two years of use, and less than 40 total uses, the firebox tray inside of Barnett's Grill rusted so badly that holes developed in the tray, which renders the Grill dangerous and unusable, despite being covered by a Rust-oleum cover at all times when not in use.

37. The extreme rusting is a direct result of the defective material used by Defendant

in manufacturing Barnett's Grill. The juxtaposition between the foregoing photograph depicting the exterior of the Grill and the picture below depicting the interior of the Grill is shocking and highly indicative of the extent of the Defect. Even if not initially noticed by Barnett, the inferior material of the firebox necessarily caused the product to begin deteriorating and failing within the first year of ownership in order for such extensive damage to be present within 22 months from purchase. The picture below depicts the firebox tray of Barnett's Grill as of November 2015:



38. In November 2015, after returning to Florida for the winter months, Barnett noticed the rust holes in the firebox for the first time after several months of not using the Grill. Barnett immediately contacted Defendant on 5-6 different occasions hoping to receive a reasonable response or solution to the Defect with his Grill. However, during every phone call, Defendant's representative told Barnett that his grill is out of warranty and that it would cost $100 for a technician just to come out to evaluate his Grill and then his estimated repair cost would be an additional $300.

39. Plaintiff Ramberg purchased Kenmore Grill Model No. 148.16154211 on May 15, 2013 from the online Sears store for $399.00 plus tax and delivery charges.

40. At all pertinent times, Plaintiff Ramberg used and maintained the Grill as instructed by Sears' Use and Care Guide. Although Ramberg used and maintained the Grill as instructed by Sears and was always covered when not in use, the defect in the Defective Firebox Tray manifested itself irrespective of his proper use and maintenance habits. In March 2016, Ramberg noticed the firebox tray had completely rusted out and disintegrated. Even if not initially noticed by Ramberg, the inferior material of the firebox necessarily caused the product to begin deteriorating and failing within the first year of ownership in order for such extensive damage to be present within 22 months of purchase.

41. Immediately after discovering the problem, Plaintiff Ramberg contacted Sears by phone and in person at his local Sears store, and on both occasions he was informed that he would be solely responsible for paying the $400 cost for a replacements part despite Defendant's public representations to the contrary regarding fixing his model number.



42. Plaintiff Opulente purchased Kenmore Grill Model No. 148.23682310 on March 11, 2013 from the online Sears store for $399.00 plus tax and delivery charges.

43. At all pertinent times, Plaintiff Opulente used and maintained the Grill as

instructed by Sears' Use and Care Guide. Although Opulente used and maintained the Grill as instructed by Sears and was always covered when not in use, the defect in the Defective Firebox Tray manifested itself irrespective of his proper use and maintenance habits. In October 2015, Opulente and his wife noticed the firebox tray had rusted out. Even if not initially noticed by Opulente, the inferior material of the firebox necessarily caused the product to begin deteriorating and failing within the first year of ownership in order for such extensive damage to be present within 19 months of purchase.



44. Shortly after discovering the problem, Plaintiff Opulente contacted Sears who informed him that they were unable to assist him and that they did not sell the replace parts he needed to repair his Grill.

**C. <u>Class Members' Experiences With Their Grill</u>**

45. Plaintiffs' experiences mirror those of numerous other owners of the Grills who experienced rusted out firebox trays and were exposed to safety hazards, including their Grills becoming "[c]ompletely engulfed in flames." The internet is replete with references to the common and profound problems with the Grills, as well as the resultant safety hazard alleged here. The following is a small sample of complaints appearing in one online forum:

**Posted by Robert of Fairfax, VA on Dec. 28, 2015**



I purchased a Kenmore gas grill (Model number 148.23683310) June of 2013. It is an all stainless steel model I expected to last a long time. I have kept it covered since I purchased it. When I went to remove a Christmas turkey, I noticed as I looked down into the grill, I could see the propane tank through the flames. The next day I went to clean the grill and the entire bottom fell apart. I have never had a grill bottom completely fall apart this quickly. This is a safety issue. The bottom of the grill is attached and a replacement part is nearly as expensive as a new grill-- $380. After reviewing other information, it appears this is a common occurrence for Kenmore grills purchased in 2013 and 2014. I contacted Sears and they had no other answer than purchase the expensive replacement part. I was hoping for some compensation for an obvious defective design for a stainless grill.

**Posted by Annette of Staten Island, NY on Nov. 5, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I purchased this Kenmore Grill in 2013 - Model # 148.23682310. Not only have I already replaced all the burner heat plates, but now there is a large hole in the burner box, exposing the propane tank. I saw that other people are have the same issue with this grill so I called Sears Customer Service and they told me that there was a recall on this model and they gave me another phone # to call. Their Home Service made an appointment to see the problem, but they wanted to charge me $109.00. I called them back and they told me there was NO RECALL on this grill. I cancelled the appointment. With a cost of $109.00 for a service call and the price of replacing the burner box of approx. $285.00, I can buy a new grill, and it certainly won't be a KENMORE. I have been a customer of Sears for 38 years. They used to stand behind their products, but I see that is not the case anymore. Very dissatisfied!

**Posted by Craig of Annapolis, MD on Sept. 12, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I have a Kenmore Gas Grill model 148.23682310 since June 2013. The unit is always closed and covered with a Kenmore cover. The drip tray under the burners has rusted out after two years of use. When I tried to purchase a replacement part I was told by Sears that I had to purchase the entire burner box assembly which costs $300. The grill was originally $400. So Sears is basically stated that I have to spend $300 every two years to keep this grill operating. Just doesn't seem right. Sears told me there are no recalls on this product but I seem to be among a list of many people experiencing the same problem.

**Posted by Jon of Poway, CA on Sept. 10, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I have a Kenmore Grill Model 148.16136110 that I purchased in July 2011. The firebox tray has completely rotted away and poses a significant hazard as hot materials can drop on the propane tank and rubber feed hose which are located directly beneath the bottom of the firebox. This grill is kept under a covered patio and with a grill cover in Southern California! How does this rot out that quickly? I called service and the recall line at 800-449-9810 and they are unwilling to repair/replace the defective materials.
Searching the Internet quickly reveals how many people have this problem with Kenmore grills, yet only a handful of models are officially on the recall list.










**Posted by Aaron of Rancho Cucmonga, CA on Aug. 20, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

This grill (Kenmore Gas/Charcoal Grill Model 137.23671310) is less than two years old and the firebox, or grease tray, is rusted and about to fall out of the bottom of my grill. The burner covers, or tents as they are sometimes called, are also rusting and deteriorating. I first noticed this when I would attempt to clean the grill and there was all this extra junk in the bottom of it collecting in the grease tray.
Finally the little tabs that hold the grease cup under the grease tray began to separate from the grease tray and the grease cup could no longer be held in place. This is when I realized that the grease tray/firebox was starting to look like a cheese grater. See photo of propane connector THROUGH the bottom of grill. From a bit of online research I found many forums and articles about multiple Kenmore grills having this problem, and no real replacement part being available.
Trying to get someone on the phone at Sears who understands my plight has been a challenge, but most recently I was instructed to find the receipt to see if anything can be done, and that there "may be recalls" on my grill but not much can be done without the receipt! I find that to be a total cop out and unacceptable. The grill otherwise works fine, but now I have to rig a new fire box, and maybe buy replacement burner covers? If not, I have a $300 piece of garbage in my back yard. I refuse to accept the latter. They don't make things like they used to. My advice - don't buy the lesser expensive product, don't buy from Sears, and don't buy Kenmore.





**Posted by Debra of Chicago, IL on July 19, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I purchased a Sears Kenmore 4 burner gas grill in April of 2013 model 148.23683310.

It has been maintained well and kept covered. Yes, I used it in 2013 but barely in 2014 due to my mom being ill. We spent most of last summer at a nursing home. Last week, I went to start the grill and it would not start. I figured it was the igniter. Upon looking over the grill I noticed that the firebox is burning through. I checked further and saw that many people are having the same problem. Like them I am getting no satisfaction from Sears. No surprise! I think it's time to speak to an attorney.

**Posted by David of Ooltewah, Tennessee on July 13, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html







In the spring of 2013 I purchased what I thought would be a very nice Kenmore Grill. It even has a separate hood for the searing burner. It is model 148.23682310. Everything seemed to be working great and it has always been kept under the Kenmore cover I purchased with it. This spring, the grates and burner covers started rusting really badly. The grate over the searing burner had started falling apart much

earlier, but I figured that it must have just been from the high temperature. While I was looking online to find new guts for the grill I came across this page. I was shocked by how many people said the bottom had just rusted away, so I went out and checked mine and sure enough, there was a giant gaping hole.

I had a cheapo Charbroil grill for about 8 years and never had anything like this happen. Naturally, the warranty is gone and Sears asked if I wanted a repair, but that would cost as much as the grill. Overall, the grill gets a 5 out of 5 for looks and a 0 out of 5 for quality. I can't see me buying any type of appliance from Sears ever again. I didn't get the most expensive grill but for $450 I would expect it to last more than 2 years.

**Posted by Christine of Walford, IA on July 6, 2015**

Purchased a Kenmore Stainless Steel Grill with folding side table and four burners, model #148.23683310 in May 2013. Using grill yesterday when large chunks of the burner box started falling onto the propane tank. Bottom of grill is completely rusted and can now see the propane tank when lifting lid on grill. Luckily saw it happen and did not ignite the propane tank.
In speaking with Sears, you cannot get a warranty part sent to you without first paying their repair person $79 to tell you that the bottom of your burner box has rusted through. And if they order the part, they want to install and labor is not covered by the warranty. So I have a beautiful stainless steel grill that is completely worthless without the bottom of the firebox/burner box.

**Posted by Todd of West Lebanon, New Hampshire on June 25, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html



I want other consumers to be aware of the immense safety hazard presented by some Kenmore grills. I purchased model 148.23682310 like another poster on here in 2013.

In less than 2 years the burn pan rotted out and disintegrated, exposing the propane tank to flames. I take excellent care of my equipment and have never had anything like this happen. The Sears representative I contacted told me only the 5 supported models ever had this problem. The pile of rusted metal next to my propane tank says otherwise. I will never buy anything from Sears again. I will stay away from Kenmore products like my life depends on it. At this point I truly believe it does.

**Posted by Linda of Johnstown, PA on June 16, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

Kenmore outdoor grill purchased 2 years ago and paid almost $400 for has a rusted fire box and Sears is refusing to fix it or replace it. Claims the model number is not covered. I will never purchase another thing from Sears. They gave me the run around and did not offer a thing to fix this problem. My grill is a red Kenmore grill, model number 14616132110.

**Posted by Jennifer of Statesville, North Carolina on May 19, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I have contacted Sears via phone, email and Facebook posts with no help in replacing my DEFECTIVE firebox on my Kenmore grill model number 415.16151110. Sears does not care that my firebox has rusted and disintegrated making my grill a piece of garbage just sitting on my deck! Without a firebox my propane tank can come into contact with the flames and could essentially blow up!

There are only 5 models that Sears will replace at this time based on consumer reviews but I am a consumer who has reviewed and made Sears WELL AWARE of my grill having the same issues and they still won't help! I have reported them to consumer safety and they are doing their own investigation. I encourage all of you with the same Kenmore gas grill firebox issues to report yours as well or Sears WILL NOT do anything about it!











**Posted by David of Potomac, MD on April 24, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I bought a Kenmore 3-burner propane grill on April 15, 2013 for $249, Model #146.23673310. On April 23, 2015, I was cleaning some ash and debris from the bottom of the firebox with my gloved hand when my hand broke through the steel bottom.

Looking up from underneath, I saw that the galvanized steel drip catching panel was heavily rusted. With just a few more gentle pokes, about 1/3 of the tray completely crumbled. Fortunately I discovered this when the grill was not on. I have used the grill regularly including during the winter since buying it. I have always kept it covered when not in use. The exterior of the unit still looks very good with no other significant areas of rust.

I phoned Sears customer service using the 1-800-MY-HOME number. First I spoke with an agent in the "repairs" department who was unaware of any Sears program to voluntarily repair grills outside of the warranty period, but he referred me to a "warranty and recalls" agent who he assured me would be acquainted with any such program. That agent listened to my story, took my model number, and placed me on hold for a brief time. When she returned, she stated that my model number of grill is not included in the group, therefore Sears will not repair my grill. She did however log my complaint, for whatever good that may do.

Sears Parts Direct does offer my grill's firebox, part no. 30400016, for $49.80. I will order this part and install it myself because the rest of the grill seems solid, and this is only about 1/5 the cost of the grill. However I highly doubt I will buy another Kenmore grill. I have been very satisfied with my other Kenmore appliances (washing machine, dishwasher, refrigerator and vacuum cleaner), so this is quite disappointing.

Updated on May 15, 2015: This is a follow-up to a previous review which was published on May 11, 2015 about my Kenmore Propane Grill, Model #146.23673310. As noted in that review, my grill, like those of many other consumers, suffered from a prematurely rusting grease tray. Having purchased numerous Kenmore and Sears Craftsman appliances and tools in the past, I believed one of their greatest selling points was generally excellent parts support years after the initial purchase. This has not been the case with this grill.

According to both, the parts diagram included in the "Use & Care Guide" and the identical diagram posted on Sears's Parts Center website, there is not a separate part number for the grease tray for my grill. During my initial assembly, the tray was already attached to the firebox, so I assumed these parts were sold as an assembly. Therefore, I ordered part no. 30400016, "Firebox." When it arrived, I saw that it had an open bottom with no grease tray. I phoned a Sears Parts Center agent, who told me she found a separate grease tray in her catalog, part no. 50500015, so I ordered this as well. I decided to keep the firebox because the rust in my grill has also affected parts of the firebox. For example, the steel tabs onto which the burners are attached with cotter pins have crumbled away.

Today upon disassembling my old grill, I have determined that neither part is compatible with my grill, nor is either part compatible with the other. The firebox I received is approximately the same size and color as the old one, but all screw holes are in different places so it is impossible to mount it on the old cabinet stand; it is designed for a single igniter and three burners whereas mine had three separate igniters. Brackets for the heat diffuser are larger on the new part, the top of the firebox is slightly taller so the old lid will not fit, screw holes for the shelf brackets are too far apart to allow use of the old shelves, etc. Further, the grease tray suggested by the Sears agent is about an inch too large in each dimension (width and length) to fit the new firebox, and nearly double the width of the grease tray from my old grill.

I phoned Sears Parts Center today and they happily processed my return which caused me to change my rating from "Angry" to "Dissatisfied." However it is very disappointing to discover that parts for my two-year-old grill are unavailable due to changes in design specifications. Therefore, I will be forced to discard the grill.



**Posted by C.C. of Langhorne, Pennsylvania on April 10, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

Buyer beware! Sears sold me a gas grill with defective safety features, which has resulted in the possibility of explosion and fire. Sears refuses to include my model number in its selectively chosen recall/repair program for these defective products. My Kenmore gas grill, like many others sold by Sears in the past several years, has a defective firebox tray. The firebox tray has the important job of keeping the burner flames from reaching the propane tank and causing an explosion or fire. These metal trays, which sit discreetly underneath the grill burners, are known by Sears to prematurely rust and disintegrate, leaving no protection whatsoever between the propane tank and flames from the grill burners.

Sears already has publicly admitted to this problem. Grill owners in other states have had their defective parts replaced by Sears at no cost to them. According to published news reports by NBC5 WPTV in West Palm Beach, Florida, in November 2014, Sears was offering a free repair to any U.S. grill owner with the failed firebox tray. By February 2015, according to the news broadcast, Sears skinned down its covered list to only five model numbers. As I noted before, mine is not one of them. Despite my model not being covered under its recall/repair offer, Sears gave $300 to a Florida man with the SAME Kenmore grill as mine after his grill's firebox tray rusted and

crumbled apart prematurely. This man was interviewed in by the WPTV reporter, and there is a clear shot of my same exact grill in the video.

I purchased my Kenmore grill from Sears a few years ago (2011, I think). The firebox tray was completely rusted through, broken, and crumbling away by summer 2014. Certainly, this problem would take a year or two to develop and progress, so I would be inclined to believe that the part was defective from day one. When I didn't realize until just this week is that consumers across the country have had the same thing happen to them. And some of these folks got free repairs or money to buy a new grill!

Sears cannot claim that we failed to maintain the product properly. We are meticulous about keeping the grill covered and storing it in the garage during inclement weather and over the winter. There are only two of us, and we use the grill only minimally. So it's not like this premature part failure is due to normal wear and tear. We are afraid to use our grill right now because of the dangerous possibility of explosion. There is no protection whatsoever between the propane tank and the burner flames.

In refusing to fix my grill for free, Sears would not explain to me why some people with newer models get their grills fixed for free and others, like me, whose model is only slightly older, do not. (It might be a different situation if my grill was 10 or 15 years old and this happened, but it should not happen on a grill that's well kept and only a few years old!) Sears needs to take responsibility for this problem for ALL consumers, not just a select few!! I would like my model number included in its recall/repair offer, and I also would like to know why it is has specifically excluded my model, even though it gave $300 to another consumer with the same defective grill as mine.

Buyer beware: Spend your money on another brand of gas grill!

**Posted by E.P. of Dana Point, California on March 23, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

The grease tray on model number 146.16197210 completely rusted out about 2 years creating a serious fire hazard. This Kenmore BBQ grill was located in a relatively dry environment (southern California). The grill was regularly covered with a rain cover and stored in areas away from the infrequent rain. Nonetheless, the grease tray rusted out very quickly.

Despite the fact that Sears & Kenmore knows their product is rusting out much quicker than it should (as acknowledged by their PR Director Larry Costello in response to a consumer reports television segment), Sears customer service refused to send me a replacement tray. So, the moral of the story is DO NOT BUY KENMORE GRILLS. To be safe, stay away from all Sears products when you can because their customer service does not back their products.

**Posted by James of Ithaca, New York on March 10, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

We have a Kenmore Stainless Steel split lid gas grill model number 148.16656011; it was purchased November 2011. While hooking up a new propane tank I noticed that the bottom of the burner box is rusting out. What is typically a $25 replacement panel on other models is not available separately for this grill and requires a full burner box replacement for around $343.00. At first Sears' position was they would replace burner boxes for all affected customers, but now Sears will not replace this one because it is not on the list of models that are the top 5 worst models for quantity of complaints for this issue? That doesn't mean that it doesn't have a problem, it just means that they don't care about ours because we are low on the priority list?

**Posted by Brad of Cary, North Carolina on March 9, 2015**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I was given a Kenmore Gas Grill, model 146.23673310, as a birthday gift by my parents 2 years ago (March 5th, 2013). While I was cleaning my grill yesterday (March 8th, 2013), I noticed the firebox had completely rusted through, exposing the propane tank below to heat from the burners above. I contacted Sears Customer Service several times after finding an article claiming that Sears would replace the faulty firebox (see below). After experiencing several "dropped calls" and transfers, I finally talked to a representative who explained that a service technician would have to come out to my house to order the part at a cost of $90, non-refundable. I asked if I could bring the grill into Sears instead - no, only a service tech can order the part. Can I take a picture and send it to someone? No again, a service tech must come out to place the order for the part.
The grill cost ~$250 dollars according to the receipt - not worth the nearly $100 service fee. Seems like a pretty shrewd way for Sears to make the problem disappear, especially when it seems to be so widespread across people who purchased the grill. Guess I'll be going to Home Depot or Lowe's to make my next grill purchase. Pretty disappointed in Sears, a company which used to be a trusted name.

**Posted by Cindi of Horseheads, NY on Sept. 1, 2014**

http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html

I see that we are one of many who have had the same problem with our Sears-Kenmore Gas grill, approx 2 years old purchased March 2012, model # 148.1615421 and the burner box totally rusted out. As a result we almost had a fire because the gas hose melted and had to be replaced right before the burner box completely crumbled. We only use the grill about 10-15 times a year and cover it during the winter. The burner box is actually the most protected part of the grill,

which is why this even makes me wonder why/how this can happen. After numerous calls to customer service and all the way up the customer service chain we got NOTHING resolved. It seems to me that there should be some type of recall on this product. What does someone have to do, get injured or die before they make a recall.... We will no longer buy any appliance at Sears. It is extremely sad that a company so large can't do what is right!






**<u>Posted by Flora of Watertown, Wisconsin on August 18, 2014</u>**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

Purchased SS Kenmore gas grill with folding side shelves in May 2012. In August 2014, the burner tray is totally rusted out. Sears says there is no recall and they can't

do anything. The same grill is still on their sales floor. After reading the many comments with the same problems, I can't believe it!

**Posted by Diane of Hauppauge, New York on July 29, 2014**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

Fire hazard, they refuse to recall and STILL SELL. As all previous reports the firebox completely crumbled and flames melted the gas hose and luckily we were able to shut off tank before any other damage. Completely engulfed in flames. Sears is aware of problem and disregard the safety of consumers. Next complaint and pictures are being sent to the consumer product safety commission.

**Posted by Stephen of Baton Rouge, Louisiana on July 26, 2014**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

I purchased the Kenmore stainless steel 4 burner gas grill with folding side shelves in April 2013. I've now had this grill for 15 months and I keep it covered when not in use. I bought it because I wanted stainless steel burners and grates. Two of the four burners are rusted though. Good luck dealing with customer service. After three separate phone calls and over 2 hours of my time I got a warranty call set up. They said they had to come look at the burners because they will not just send you new ones and want try to charge you a $79.99 service fee to come look. There is no longer a bottom to the burner box. It rusted away to nothing but flakes. They will not do anything about that though because I called three months too late. The part is not sold separately. You have to buy the entire burner box which cost over $300. Very poor quality for a grill that cost $400.

**Posted by Sue of Wharton, New Jersey on June 7, 2014**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

We purchased a 4 burner gas grill from Sears in July 2012. The tray below the burners is already rusted out. The grill is kept on the deck, covered at all times. I called customer solutions to help, but the only answer I received was that I would have to pay $96 to repair it. I told customer solutions we choose Kenmore over a Weber this time because we trusted the product. Never again will we purchase any Kenmore appliance. The quality and service is terrible!

**Posted by Don of Germantown, Ohio on June 5, 2014**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

Less than two years old my Kenmore gas grill is beyond repair. Sears remedy is 10% off the purchase of a new grill. That is like doing nothing at all. And they said they

were sorry. The drain pan under the burners has a hole the size of a basketball from rust after less than two years. Three of four burner mounts are rusted off. The cooking grids are splitting apart and pieces of metal could get in the food, but no worry because three out of the four gas valves are bad. Also, the electronic spark doesn't work. Less than two years and this thing is in worse shape than the 13 year old grill it was meant to replace. Kenmore and Sears should be ashamed for pawning this stuff off on the public. I thought I might just have gotten a lemon, but after reading other reviews here and elsewhere on the net, I am convinced this is business as usual for Kenmore gas grills.

**Posted by Michelle of Washington on May 15, 2014**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

We also bought the SS gas grill from sears. The internal parts are not all stainless and the bottom pan has completely rusted out. Without this pan the flames (and grease or anything else) is directly about the propane tank and hose connections. This isn't safe. I'm in agreement with everyone else here that there is no part for this...I made a plate at work of our SS but I'm still disappointed as several other parts and panels are also corroded and rusting out. Super annoying. These are always too expensive to fix so we typically throw our grills out every 2-4 years

**Posted by Andrew of PV, Kansas on March 17, 2014**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

I bought the Kenmore Gas Grill with Folding Shelves because of its stainless steel parts particularly the hood, shelves, burners and most importantly the grill grates. The Grill works beautifully for me BUT like others who also take good care of this grill, the cheap metal tray beneath the burners has completely rusted away before the grill is two years old.

THERE IS NO PART that can replace this tray and for the number of complaints that are on the internet about this problem Sears continues to deny customers a reasonable fix. Like others Sears only offers a new Burner Box which is essentially the cost of a new grill at $344. The rest of my grill is in great shape but it is completely unusable because there is no barrier between the burners and the propane tank. IF the entire grill deteriorated at the same rate, you could convince yourself that you just needed a new grill, but to have a nicely working grill with all original parts that is just a useless piece of junk unless you double your original investment is inexcusable.

**Posted by Myles of Dallas, Texas on October 16, 2013**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=2

I purchased this Kenmore Gas Grill brand new from Sears with a custom-fitted heavy

duty grill cover to go with it. I paid over $500 for the grill and cover thinking this would be the last grill I buy for a long time. 2 short years later, I needed to replace all 3 flame shields as they rusted and crumpled. I paid $65 for the covers online. As I went to install the cover, I thought I would clean up some of the rusty bits that fell in the drip tray. As I initially scooped the debris, the whole bottom of the grill collapsed! I was not happy but thought, no big deal, I will order a new drip pan. Nope! I have to buy the whole burner box which is essentially a new grill at a cost of $325.00. Freaking Ridiculous! I will repair it myself by making a grease tray, but had I known this was such cheap materials, I would have purchased another brand.

**Posted by Debra of Decker, Indiana on July 24, 2013**
http://www.consumeraffairs.com/homeowners/kenmore_gas_grill.html?page=3

I bought a grill at Sears and had trouble from the very beginning with the igniters. They flat quit. Then the far right burner quit. Then the burner box crumbled and rotted out. Oh, I had the grill for only 1 yr. And I purchased the 5-yr. Plan and let me tell you that it is the biggest joke just trying to talk to Sears people about what to do. They tried to tell me that I actually purchased the wrong plan. Please, someone needs to fill the whole staff in on warranties and plans.

46. Due to the serious dangers posed by the Defective Firebox Trays, at least two news networks have reported on this issue. *See* JOHN MATARESE, Sears to Fix Rusting Kenmore Grills, *available at* http://www.wcpo.com/money/consumer/dont-waste-your-money/sears-to-fix-rusting-kenmore-grills (last visited October 30, 2015); JENN STRATHMAN, Firebox in Sears Kenmore Grills Disintegrating and Rusting; Sears Making Changes after CW Story, *available at* http://www.wptv.com/money/consumer/firebox-in-sears-kenmore-grills-disintegrating-rusting-sears-making-changes-after-cw-story (last visited October 30, 2015).

## D. Sears' Knowledge of the Defect

47. Sears is well aware of the safety implications of the Grills' Defective Firebox Tray and the need to address the defect.

48. Sears has been on notice of the Defective Firebox Tray since no later than July 2013.

49. Indeed, Sears issued a statement related to models 16154, 23683, 34176, 34178 and 34308, stating:

> We are aware that a limited number of Kenmore grills have firebox trays that are rusting prematurely. Most importantly, we are taking care of these customers at no cost. Customers who are experiencing this issue with their Kenmore grill should call 1-800-4-MYHOME / (800) 469-4663 to request a complete firebox tray replacement. Both the firebox tray kit and installation will be provided at no charge to the customer. In addition, to address this issue, the Kenmore brand is improving the materials that comprise the firebox tray - so it will be manufactured from aluminized steel (rather than galvanized steel) for longer life.

50. There is no material difference between the grill models specifically addressed by Sears and the other Grills at issue in this lawsuit.

51. Sears also has a duty to disclose the defective nature of the Grills to consumers because the Defective Firebox Tray poses an unreasonable safety hazard.

## CLASS ACTION ALLEGATIONS

52. Plaintiffs bring this lawsuit, both individually and as a class action, on behalf of similarly situated purchasers of the Grills, pursuant to Federal Rule of Civil Procedure 23(b)(2) and (3).

53. The Class that Plaintiffs seek to represent is defined as follows:

**Nationwide Class:**

All persons who purchased, not for resale, Sears Kenmore grills with firebox trays made with galvanized steel. Plaintiffs alternatively brings this action on behalf of the following Class:

**Alternative Florida State Class:**

All persons who purchased, not for resale, Sears Kenmore grills with firebox trays made with galvanized steel in Florida.

**<u>Alternative New York State Class:</u>**

All persons who purchased, not for resale, Sears Kenmore grills with firebox trays made with galvanized steel in New York.

**<u>Alternative Michigan State Class:</u>**

All persons who purchased, not for resale, Sears Kenmore grills with firebox trays made with galvanized steel in Michigan.

**<u>Alternative Virginia State Class:</u>**

All persons who purchased, not for resale, Sears Kenmore grills with firebox trays made with galvanized steel in Virginia.

Excluded from the Class are Defendant, as well as Defendant's affiliates, employees, officers and directors, including franchised dealers; any person who has experienced physical injury as a result of the defect at issue in this litigation; and the Judge(s) to whom this case is assigned. Plaintiffs reserve the right to amend the definition of the Class if discovery and/or further investigation reveals that the Class should be expanded or otherwise modified.

54. **<u>Numerosity/Impracticability of Joinder:</u>** There are so many members of the Class that joinder of all members is impracticable. Plaintiffs estimate that there are thousands in the Nationwide Class and at least hundreds, if not thousands, of State Class members within each state. The members of the Class are readily identifiable from information and records in Defendant's possession, custody or control. The disposition of these claims will provide substantial benefits to the members of the Class.

55. **<u>Commonality and Predominance:</u>** There is a well-defined community of interest and common questions of law and fact that predominate over any question affecting only individual members of the Class. These common legal and factual questions, which do not vary

from members of the Class, and which may be determined without reference to the individual circumstances of any members of the Class, include, but are not limited, to the following:

a) whether the Grills are defective;

b) whether Defendant's claims regarding the Grills were and are deceptive or misleading;

c) whether Defendant concealed facts from Plaintiffs and members of the Class about the defect in the Grills;

d) whether Defendant knew or should have known that its representations were false, or that it omitted material information;

e) whether Defendant's conduct violated the VCPA;

f) whether Defendant's conduct violated the FDUTPA;

g) whether Defendant's conduct violated the NYDPA;

h) whether Defendant's conduct violated the MCPA

i) whether Defendant's conduct violated the MMWA;

j) whether Defendant's conduct was a breach of express warranty;

k) whether Defendant's conduct was a breach of implied warranty of merchantability;

l) whether Defendant has been unjustly enriched by its conduct, as alleged herein;

m) whether Defendant's conduct as alleged herein violates public policy; and

n) whether Plaintiffs and members of the Class are entitled to damages, restitution, equitable relief and/or other damages and other relief, and, if so, the amount and nature of such relief.

56. **Typicality and Adequacy:** Plaintiffs' claims are typical of the claims of the proposed Class, and Plaintiffs will fairly and adequately represent and protect the interests of the

proposed Class. Plaintiffs do not have any interests antagonistic to those of the Class. Plaintiffs' counsel are experienced in the prosecution of this type of litigation. The questions of law and fact common to the members of the Class, some of which are set out above, predominate over any questions affecting only individual members of the Class.

57. **Superiority:** A class action is superior to all other available methods for the fair and efficient adjudication of this controversy. The expense and burden of individual litigation would make it impracticable or impossible for members of the Class to prosecute their claims individually. The litigation and trial of the Class-wide claims are manageable.

58. Unless a class is certified, Defendant will improperly retain monies received as a result of its conduct from Plaintiffs and members of the Class. Unless Defendant is required to change its unfair and deceptive practices, Defendant will continue to commit the violations and the members of the Class, and the general public, will continue to be misled.

59. Defendant has acted and refused to act on grounds generally applicable to the Class, making appropriate final injunctive relief with respect to the Class as a whole.

## COUNT I
## Violations Of The MMWA (15 U.S.C. §§ 2301-2312 – Written Warranty)
## On Behalf Of Plaintiffs And The Class

60. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 – 59 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count.

61. The Grills at issue are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

62. Plaintiffs and all Class members are "consumers" within the meaning of 15

U.S.C. § 2301(3) and used the Grills for personal use and not for resale or commercial purposes.

63. Sears is and was a “warrantor” and “supplier” within the meaning of 15 U.S.C. §§ 2301(4) and (5).

64. Sears made “written warranties” to Plaintiffs and all Class members within the meaning of 15 U.S.C. § 2301(6).

65. Sears’ written warranties made to Plaintiffs and all Class members were the same in all material respects.

66. Sears knew that the Grills at issue had a serious defect and nevertheless still marketed and otherwise sold them with the express warranty that the Grills are safe to use, free from defects, and will perform in the manner and for the purpose that they are intended.

67. Sears was obligated under the terms of the written warranty to repair or replace the Defective Firebox Tray to ensure the Grills were working properly.

68. Sears has breached the written warranty, as set forth above, by supplying the Grills in a condition that does not meet the warranty obligations undertaken by Sears, and by failing to replace the Defective Firebox Tray and/or refund the amounts paid by Plaintiffs and the Class to replace the Defective Firebox Tray.

69. As set forth above, the warranty fails in its essential purpose and, accordingly, Plaintiffs and members of the Class cannot and should not be limited to the remedies set forth in the written warranty and, instead, should be awarded other appropriate relief, including all compensatory damages and injunctive relief.

70. Defendant has received sufficient and timely notice of the alleged breaches of warranty. Despite this notice and Defendant’s knowledge of the defect in the Grills at issue,

Defendant has failed and refused to honor the warranty.

71. Defendant has received, upon information and belief, thousands of complaints and other notices from its customers nationwide advising it of the defect in the Grills at issue.

72. Plaintiffs have given Defendant a reasonable opportunity to cure its failures with respect to its breaches of written warranty, and Defendant has failed to do so. To the extent any member of the Class has not given Defendant a reasonable opportunity to cure, any such failure is excused because of Defendant's conduct described herein.

73. All jurisdictional prerequisites have been satisfied.

74. By Defendant's conduct as described herein, including Defendant's knowledge of the defective Grills and its action, and inaction, in the face of that knowledge, Defendant has failed to comply with its obligations under its written promises, warranties, and representations.

75. As a result of Defendant's breach of its express warranties, Plaintiffs and the members of the Class are entitled to revoke their acceptance of the Grills, obtain damages and equitable relief, and obtain attorneys' fees and costs under 15 U.S.C. § 2310.

**COUNT II**
**Breach of Express Warranty (810 ILCS 5/2-313)**
**On Behalf Of Plaintiffs And The Class**

76. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-75 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count.

77. Sears' express warranties covered the Grills under the circumstances described herein.

78. The express warranty was provided to Plaintiffs and members of the Class by Sears and specifically extend to original purchasers of the Grills and subsequent owners for the period of warranty coverage.

79. Sears has breached its express warranties, as set forth above, by supplying the Grills in a condition in which they do not meet the warranty obligations undertaken by Sears and by failing to repair or replace the defect and/or defective parts inherent in the Grills.

80. Sears is obligated under the terms of its express warranties to repair and/or replace the defective Grills sold to Plaintiffs and the Class.

81. Sears has received timely notice of the breaches of warranty alleged herein, or its conduct has otherwise obviated the need for any such notice.

82. In addition, Sears has received, upon information and belief, thousands of complaints and other notices from its customers nationwide advising it of the defects in the Grills, including hundreds (if not thousands) from Florida, New York and Virginia residents. Despite this notice and Sears's knowledge, Sears refuses to honor its warranties, even though it knows of the inherent defect in the Grills; *i.e.*, that the Defective Firebox Trays routinely rust and prematurely fail.

83. Sears has failed to provide Plaintiffs and the Class, as a warranty replacement, a product that conforms to the qualities and characteristics that Sears expressly warranted when it sold the Grills to Plaintiffs and members of the Class.

**COUNT III**
**Breach of Implied Warranty of Merchantability (810 ILCS 5/2-314)**
**On Behalf Of Plaintiffs And The Class**

84. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 – 59 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count..

85. Plaintiffs and the members of the Class are "buyers" as that term is defined in 810 ILCS 5/2-103.

86. Sears is a "seller" as that term is defined in 810 ILCS 5/2-103.

87. The Grills are "goods" as that term is defined in 810 ILCS 5/2-105.

88. Sears is a merchant in the sale of the Grills to Plaintiffs and the members of the nationwide Class pursuant to 810 ILCS 5/2-104. Sears manufactures, markets and sells the Grills; thus, Sears provided Plaintiffs and the members of the Class with an implied warranty that the Grills are merchantable and fit for the ordinary purposes for which they were sold. The Grills, however, are not fit for ordinary purposes for which such Grills are used because the Defective Firebox Tray in the Grills rusts prematurely, creating a safety hazard and rendering the Grills inoperable. As a result, the Grills do not meet with the expectations of Plaintiffs or any other reasonable purchasers of the Grills as to the manner in which the Grills should perform when used for ordinary purposes, because the manner in which the Grills perform is so deficient and below a minimum level of quality as to render them unfit for their ordinary use and purpose. By selling the Grills, as well as by failing to repair the Grills, Defendant has breached the implied warranty of merchantability.

89. The Grills do not conform to the promises and affirmations uniformly issued by Sears in its sales and marketing materials and warranties.

90. Plaintiffs and the Class members have used the Grills for their intended and ordinary purpose.

91. Plaintiffs and the Class members have performed each and every duty required under the terms of the warranties, except as may have been excused or prevented by the conduct of Defendant or by operation of law in light of Defendant's unconscionable conduct.

92. Members of the Class have provided timely notice to Defendant regarding the problems they experienced with the Grills and, notwithstanding such notice, Defendant has failed and refused to offer Plaintiffs and the Class an effective remedy, or such notice has otherwise been excused by Sears' conduct and operation of law.

93. In addition, Defendant has received, on information and belief, numerous complaints and other notices from consumers and others advising it of the problems associated with the Defective Firebox Trays.

94. By virtue of the conduct described herein, Defendant breached its implied warranty of merchantability.

95. Plaintiffs and the Class members have been damaged as a direct and proximate result of Sears's breach of the implied warranty.

**COUNT IV**
**Unjust Enrichment**
**On Behalf Of Plaintiffs And The Class**

96. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 - 95 as if fully set forth here, to the extent not inconsistent with the claims asserted in this Count.

97. This claim is asserted in the alternative on behalf of Plaintiffs and the members of the Class, to the extent that any contracts do not govern the entirety of the subject matter of the disputes with Defendant.

98. As a direct and proximate result of Defendant's misconduct as set forth above, Defendant has been unjustly enriched.

99. Specifically, by its misconduct described herein, Defendant has accepted a benefit (monies paid by Plaintiffs and Class members).

100. It would be inequitable for Defendant to retain the profits, benefits, compensation, consideration and other monies obtained by and from Defendant's wrongful conduct in marketing and selling the defective Grills at issue to Plaintiffs and the Class, as well as engaging in the other unfair and deceptive conduct detailed in this Complaint.

101. Plaintiffs, on behalf of themselves and all others similarly situated, seeks restitution from Defendant and an Order of this Court proportionally disgorging all profits, benefits, compensation, consideration, and other monies obtained by Defendant from its wrongful conduct.

## COUNT V
## Violation of Florida's Deceptive and Unfair Trade Practices Act
## (F.S.A., 501.201 *et seq.*)
## Alternatively On Behalf Of Plaintiff Barnett And The Florida Class Only

102. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1- 101 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count..

103. At all relevant times, Plaintiff Barnett and all members of the Florida Class were consumers within the meaning of FDUTPA.

104. At all relevant times hereto, Sears engaged in trade and/or commerce within the meaning of FDUTPA.

105. The practices of Sears violate FDUTPA for, among other things, one or more of the following reasons:

a. Sears omitted and concealed material facts from its communications and disclosures to Plaintiff Barnett and all members of the Florida Class regarding the defect inherent in the Grills;

b. Sears made false and/or misleading statements of material fact regarding the Grills, which statements were likely to deceive the public; and

c. Sears knew, or was reckless in not knowing, that its statements about the Grills were false and/or misleading.

106. By the conduct described herein, Sears has engaged in unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of trade or commerce.

107. The representations and omissions by Sears were likely to deceive reasonable consumers and a reasonable consumer would have relied on these representations and omissions.

108. Had Sears disclosed all material information regarding the Grills to Plaintiff Barnett and all of the Florida Class members, they would not have purchased the Grills.

109. The foregoing acts and practices proximately caused Plaintiff Barnett and other members of the Florida Class to suffer actual damages in the form of, among other things,

monies spent to repair the Grills and/or diminution in value of the Grills, and are entitled to recover such damages, attorneys' fees, and costs of suit.

**COUNT VI**
**Violations New York General Business Law: Deceptive Acts And Practices (NY GBL §349)**
**Alternatively On Behalf Of Plaintiff Opulente And The New York Class Only**

110. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1- 101 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count..

111. Plaintiff Opulente and the other members of the New York Class are consumers in New York who purchased the defective Grills and bring this action under NY GBL §349.

112. Sears has engaged in deceptive practices in the sale of the defective Grills including: (1) selling the Grills with Defective Fire Trays that cause them to fail prematurely with and create a significant safety hazard with normal use; and (2) failing to disclose and/or concealing this known defect and risk.

113. The unfair and deceptive trade acts and practices of Sears have directly, foreseeably, and proximately caused damages and injury to Plaintiff Opulente and the other members of the New York Class.

**COUNT VII**
**Violation Of The MCPA (§§ 59.1-196, *et seq.*)**
**Alternatively On Behalf Of Plaintiff Ramberg And The Michigan Class Only**

114. Plaintiffs reallege and incorporate by reference the allegation contained in paragraphs 1- 101 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count.

115. Plaintiff and all other members of the Michigan State Class and Defendant are "persons" within the meaning of the MCPA.

116. Plaintiff and all other members of the Michigan State Class are "consumers" within the meaning of the MCPA.

117. At all relevant times hereto, Defendant conducted trade and commerce in Michigan and elsewhere within the meaning of the MCPA.

118. The MCPA is, by its terms, a cumulative remedy, such that remedies under its provisions can be awarded in addition to those provided under separate statutory schemes.

119. The conduct described above and throughout the FAC took place within the State of Michigan and constitutes unfair business practices in violation of Michigan's Consumer Protection Act, MCL §§ 445.901, et seq.

120. The MCPA applies to the claims of all of the Class members because the conduct which constitutes violations of the MCPA by Defendant occurred within the State of Michigan.

121. Defendant engaged in deceptive practices related to the sale of its product, including (1) selling the Grills with Defective Fire Trays that cause them to fail prematurely with and create a significant safety hazard with normal use; and (2) failing to disclose and/or concealing this known defect and risk to the detriment of the Michigan State Class members.

122. Defendant intended that Plaintiff and other members of the Michigan Class rely on the acts of concealment, omissions, and misrepresentations regarding the nature of the Grills, so that Plaintiff and other members of the Michigan State Class would purchase the defective product.

123. Plaintiff and other members of the Michigan State Class did, in fact, rely on the acts of concealment and omissions regarding the nature of the Grills.

124. Had Defendant disclosed all the material information regarding Defective Fire Trays to Plaintiff and other members of the Michigan State Class, they would have considered the omitted information material to their decision to purchase Defendant's Grills at the price for which it was charged.

125. Therefore, Defendant used unfair methods of competition and unfair or deceptive acts or practices in conducting its business.

126. Defendant's actions in connection with the manufacturing and distributing of the Grills as set forth herein evidences a lack of good faith, honesty in fact and observance of fair dealing so as to constitute unconscionable commercial practices, in violation of the State of Michigan Consumer Protection Act, MCL §§ 445.901, *et seq.*

## COUNT VIII
### Violation Of The VCPA (§§ 59.1-196, *et seq.*)
### Alternatively On Behalf Of Plaintiff Oaks And The Virginia Class Only

127. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1- 101 as if fully set forth herein, to the extent not inconsistent with the claims asserted in this Count.

128. The VCPA was enacted as "remedial legislation to promote fair and ethical standards of dealings between suppliers and the consuming public." Va. Code. § 59.1-197.

129. At all relevant times hereto, Sears is a "supplier" within the meaning of Va. Code. § 59.1-198.

130. The Grills at issue are "goods" within the meaning of Va. Code. § 59.1-198.

131. The sale of the Grills with the Defective Firebox Trays to Plaintiff Oaks and the Virginia Class members was a "consumer transaction" within the meaning of Va. Code. § 59.1-198.

132. The VCPA lists "prohibited practices," which include the following: "5. Misrepresenting that goods or services have certain quantities, characteristics, ingredients, uses, or benefits; 6. Misrepresenting that goods or services are of a particular standard, quality, grade, style, or model; 8. Advertising goods or services with intent not to sell them as advertised; [and] 14. Using any other deception, fraud, false pretense, false promise, or misrepresentation in connection with a consumer transaction." Va. Code. § 59.1-200. Sears violated the VCPA by misrepresenting that the Grills had certain characteristics and qualities; misrepresenting that the Grills were of a particular standard and quality; advertising the Grills with the intent not to sell them as advertised; and otherwise using any other deception, fraud, or misrepresentation to sell the Grills.

133. Specifically, despite knowing that the Grills are manufactured and sold with the Defective Firebox Tray, when it markets and sells the Grills, Sears uniformly represents to customers and the general public that the Grills are safe to use, free from defects and will perform in the manner and for the purpose that they are intended.

134. Under all circumstances, Sears' representations and/or omissions regarding the Defective Firebox Tray in the Grills were and are misleading and deceptive, and Sears intentionally made these misleading and deceptive representations and/or omissions (while knowing they were deceptive and misleading) for the sole purpose of deceiving Plaintiff Oaks

and other Virginia Class members. Defendant intended that Plaintiff Oaks and the Virginia Class members rely on Sears's deceptive and misleading practice.

135. Moreover, Sears has known of the Defective Firebox Trays in the Grills since no later than July 2013. Yet, Sears continues to actively conceal from the public the potential dangers and risks posed by the Grills as described herein. Sears' conduct is unfair and deceptive and constitutes an improper concealment, suppression or omission of material facts, in violation of the VCPA's prohibition against unfair business practices.

136. Sears owed Plaintiff Oaks and the Virginia Class members a duty to disclose the true safety and reliability of the Grills and/or the Defective Firebox Trays because Sears: (a) possessed exclusive knowledge of the dangers and risks posed by the foregoing; (b) intentionally concealed the foregoing from Plaintiff Oaks and the Virginia Class members; and (c) made incomplete representations about the safety and reliability of the foregoing generally, while purposefully withholding material facts from Plaintiff Oaks and the Virginia Class members that contradicted these representations.

137. Sears violated the VCPA's prohibition against misrepresenting and omitting material information during commercial transactions, as well as the VCPA's prohibition against unfair business practices.

138. Sears knew or should have known that its conduct violated the VCPA.

139. As alleged above, Sears made material statements about the safety and reliability of the Grills and/or the Defective Firebox Trays that were either false or misleading.

140. As a direct and proximate result of Sears' violations of the VCPA, Plaintiff and the Virginia Class members suffered ascertainable loss, in the form of, *inter alia*, monies spent to repair and/or replace their Grills.

141. Pursuant to Va. Code. § 59.1-204, Plaintiff Oaks and the Virginia Class members seek monetary relief against Sears measured as the greater of: (a) actual damages in an amount to be determined at trial; and (b) statutory damages in the amount of $500 for Plaintiff Oaks and each Virginia Class member. For the reason that Sears' conduct was committed willfully and knowingly, Plaintiff Oaks and each Virginia Class member is entitled to the greater of: (a) three times the actual damages; or (b) $1,000.

142. Plaintiff also seeks an order enjoining Sears' unfair and/or deceptive acts or practices, punitive damages, attorneys' fees and expenses, and any other just and proper relief available under Va. Code. § 59.1-204, *et seq.*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and members of the proposed Class(es), prays for judgment as follows:

a. Certification of the Classes under Federal Rule of Civil Procedure 23 and appointment of Plaintiffs as representatives of the Class and their counsel as Class counsel;

b. Compensatory and other damages for economic and non-economic damages;

c. Awarding restitution and disgorgement of Defendant's revenues or profits to Plaintiffs and the members of the proposed Classes;

d. An Order requiring Defendant to cease and desist from engaging in the alleged wrongful conduct and to engage in a corrective advertising campaign;

e. Statutory pre-judgment and post-judgment interest on any amounts;

f. Payment of reasonable attorneys' fees and recoverable litigation expenses as may be allowable under applicable law; and

g. Such other relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury on all causes of action so triable.

Dated: March 23, 2016

Respectfully submitted,

By: *s/ James B. Zouras*

James Zouras
StephanZouras
205 N. Michigan Ave, Suite 2560
Chicago, IL 60601
312-233-1550
JZouras@stephanzouras.com

Mark Schlachet
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

James C. Shah
Natalie Finkelman
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Raymond C. Zanney (0061510)
9425 Brookpark Road, 2nd Floor
Parma OH 44129
Phone: (216) 739-2600
Fax: (216) 661-9292
Rzesq@cs.com

Brian Ruschel
925 Euclid Avenue, Suite 660
Cleveland, OH 44115
Telephone: (216) 621-3370
Facsimile: (216) 621-3371
bruschel@aol.com

MICHAEL FLANNERY (NDIL Bar #)
mflannery@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard
Suite 1675
St. Louis, MO 63105
Telephone: (202) 789-3960
Fax: (202) 789-1813

Charles LaDuca
charlesl@cuneolaw.com
(To Apply *Pro Hac Vice*)
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Fax: (202) 789-1813

William Anderson
(To Apply *Pro Hac Vice*)
wanderson@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Fax: (202) 789-1813

Harris L. Pogust
(To Apply *Pro Hac Vice*)

hpogust@pbmattorneys.com
Andrew J. Sciolla
(To Apply *Pro Hac Vice*)
asciolla@pbmattorneys.com
Pogust Braslow & Millrood, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428
Telephone: (610) 941-4202
Fax: (610) 941-4245

*Attorneys for Plaintiffs and the Proposed Classes*